IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT LAMB                                                          PLAINTIFF

v.                              No. 3:14-cv-216-DPM

DONNA WALKER, in Her Individual and
Official Capacities as a Supervisor at the
Division of Services for the Blind for the
Arkansas Department of Human Services;
CASSONDRA WILLIAMS, In Her Individual
and Official Capacities as a Supervisor
at the Division of Services for the Blind
for the Arkansas Department of Human Services;
KATY MORRIS, In Her Individual and
Official Capacities as a Director of the
Division of Services for the Blind for the
Arkansas Department of Human Services;
ARKANSAS DEPARTMENT OF HUMAN SERVICES;
and DIVISION OF SERVICES FOR THE BLIND          DEFENDANTS

ORDER

Lamb's motion to dismiss without prejudice, № 18, is granted.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 August 2015