IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT LAMB**                                                                        **PLAINTIFF**

v.                          No. 3:14-cv-216-DPM

DONNA WALKER, in her individual and
official capacities as a super visor at the
Division of Services for the Blind for the
Arkansas Department of Human Services;
CASSONDRA WILLIAMS, in her individual
and official capacities as a supervisor
at the Division of Services for the Blind
for the Arkansas Department of Human Services;
KATY MORRIS, in her individual and
official capacities as a Director of the
Division of Services for the Blind for the
Arkansas Department of Human Services;
ARKANSAS DEPARTMENT OF HUMAN SERVICES;
and DIVISION OF SERVICES FOR THE BLIND        **DEFENDANTS**

## JUDGMENT

Lamb's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2015